UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:06CR44 |
| | ) |
| v. | ) **ORDER TO DISMISS THE INDICTMENT** |
| | ) |
| [10] JUSTIN MICHAEL PRIDE | ) |
| [12] WILLIAM RICHARD MAXWELL | ) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to [10] JUSTIN MICHAEL PRIDE and [12] WILLIAM RICHARD MAXWELL only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: January 3, 2019

Frank D. Whitney
Chief United States District Judge